1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11 DIMETIROUS CAMPBELL,          )   NO. CV 09-632-CJC(E)
                                 )
12               Petitioner,     )
                                 )
13      v.                       )   ORDER ADOPTING FINDINGS,
                                 )
14 F. B. HAWS, Warden,           )   CONCLUSIONS AND RECOMMENDATIONS OF
                                 )
15               Respondent.     )   UNITED STATES MAGISTRATE JUDGE
                                 )
16 _____)

17

18      Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19 Petition, all of the records herein and the attached Report and

20 Recommendation of United States Magistrate Judge.  The Court approves

21 and adopts the Magistrate Judge's Report and Recommendation.

22

23      IT IS ORDERED that Judgment be entered denying and dismissing the

24 Petition with prejudice.

25 ///

26 ///

27 ///

28 ///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by United States mail on Petitioner, and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 17, 2009.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE